# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TRAVON D. HIGGINS** **PLAINTIFF**
**ADC #178966**

v.  **CASE NO. 2:25-CV-00056-BSM-PSH**

**STEPHEN LANE,** *et al.* **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia Harris' partial recommended disposition [Doc. No. 28] is adopted; Travon Higgins's individual capacity claims against Deputy Warden Jackson, Warden Ball, and Major Taylor are dismissed without prejudice based on his failure to state a plausible constitutional claim for relief; Higgin's official capacity claims for money damages against the ADC defendants are dismissed without prejudice based on his failure to state a plausible constitutional claim for relief; and the clerk is instructed to terminate Jackson, Ball, and Taylor as defendants.

IT IS SO ORDERED this 8th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE