IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRAVON D. HIGGINS**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #178966

v.　　　　　　　　CASE NO. 2:25-CV-00056-BSM-PSH

**STEPHEN LANE,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

United States Magistrate Judge Patricia Harris's partial recommended disposition [Doc. No. 43] is adopted; Travon Higgins's motion for summary judgment [Doc. No. 40] is denied.

IT IS SO ORDERED this 25th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE