## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TRAVON D. HIGGINS**                                               **PLAINTIFF**

**v.**                          **CASE NO: 2:25-CV-00056-BSM**

**STEPHEN LANE,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE